UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NAHOKO MIZUTA, et al.,
                     Plaintiffs,

         -against-                          22 Civ. 5522 (LGS)

DAVID C. BANKS, et al.,                    ORDER
                     Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 29, 2022, Plaintiffs filed a proposed order to show cause why a temporary restraining order and preliminary injunction should not be issued;

      WHEREAS, Plaintiffs have not yet filed a memorandum of law or any declaration in support of the emergency relief requested. It is hereby

      **ORDERED** that Plaintiffs shall file a memorandum of law and any other documents in support of their request for emergency relief as soon as possible so that the Court can evaluate their request.

Dated: June 29, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE