UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAHOKO MIZUTA, et al.,                                      :
                              Plaintiffs,                   :
                                                            :           22 Civ. 5522 (LGS)
            -against-                                       :
                                                            :                 ORDER
DAVID C. BANKS, et al.,                                     :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs filed an *ex parte* motion for emergency temporary restraining order and preliminary injunction on June 29, 2022;

WHEREAS, Plaintiffs have filed the memorandum of law in support of the order to show cause for temporary restraining order and preliminary injunction (Dkt. No. 7). It is hereby

**ORDERED** that Plaintiffs shall take all steps necessary to effect proper service as required by the Federal Rules of Civil Procedure and Rule 307 of the New York Civil Practice Law and Rules, or to notify Defendants of the action and request waiver of service. It is further

**ORDERED** that the parties shall meet and confer and file a joint status letter proposing a briefing schedule for the remaining submissions by **July 5, 2022**. It is further

**ORDERED** that Plaintiffs shall serve this Order on Defendants through electronic service as soon as possible, and no later than **July 1, 2022**.

Dated: June 30, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE