```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAHOKO MIZUTA, ET AL.,                                      :
                              Plaintiffs,                   :
                                                            :       22 Civ. 5522 (LGS)
              -against-                                     :
                                                            :            ORDER
DAVID BANKS, ET AL.,                                        :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs filed certain exhibits on the public docket in support of their motion for a preliminary injunction that fail to comply with Federal Rule of Civil Procedure 5.2, including Dkt. Nos. 18-1 and 18-5.  It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to strike Dkt. Nos. 18-1 and 18-5.  It is further

**ORDERED** that, by **July 27, 2022**, Plaintiffs shall review all of their filings in this case to ensure that they comply with Federal Rule of Civil Procedure 5.2 and file a letter confirming that they have done so and stating whether any other documents were improperly filed without required redactions.  Plaintiffs shall attach to that letter properly redacted versions of Dkt. Nos. 18-1 and 18-5 and any other documents that require redaction.

Dated:  July 25, 2022
        New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**