```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NAHOKO MIZUTA, ET AL.,                                       :
                              Plaintiffs,                    :
                                                             :       22 Civ. 5522 (LGS)
              -against-                                      :
                                                             :              ORDER
DAVID BANKS, ET AL.,                                         :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in Defendants' memorandum of law and supporting declaration in opposition to Plaintiffs' motion for a preliminary injunction, Defendants represented that they have already made many of the payments Plaintiffs seek, and Plaintiffs' reply acknowledges that some such payments have been made though some remain outstanding. It is hereby

**ORDERED** that, by July 28, 2022, the parties shall file a joint letter stating in detail (1) what amounts have been paid and what amounts remain outstanding as to each Plaintiff, (2) whether there is any dispute about any amount owed and the basis for such dispute, (3) what the current barrier is to payment of any undisputed amount owed (e.g., documentation, processing), (4) a schedule of when Defendants expect to make outstanding payments and (5) what relief each Plaintiff seeks beyond payment on the schedule offered by Defendants. It is further

**ORDERED** that the hearing scheduled for July 29, 2022, is adjourned to **August 2, 2022, at 5:30 P.M.** At that time, the parties shall dial 888-363-4749 and use access code 558-3333. The time of the hearing is approximate, but the parties shall be ready to proceed at that time.

Dated: July 26, 2022
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE