UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAHOKO MIZUTA, et al.,

                Plaintiffs,

-against-

DAVID C. BANKS, et al.,

                Defendants.
------------------------------------------------------------X

22 Civ. 5522 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the hearing scheduled for August 23, 2022, at 11:00 A.M. will proceed via videoconference. The Court will send a conference link via email. Members of the press and public may dial into this conference using Conference Call-In Number: (888) 363-4749; and Access Code: 558-3333. At the hearing, the parties shall be prepared to discuss in detail Plaintiffs' irreparable harm arguments, exactly which payments have been and will be made and when, the multiple tuition affidavits submitted in the cases of two students and any other outstanding issues in the case.

Dated: August 18, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE