```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NAHOKO MIZUTA, et al.,                                       :
                                    Plaintiffs,              :
                                                             :         22 Civ. 5522 (LGS)
            -against-                                        :
                                                             :              ORDER
DAVID C. BANKS, et al.,                                      :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference scheduled for August 23, 2022, at 11:00 A.M., will proceed by telephone rather than videoconference. At the time scheduled for the conference, the parties shall dial 888-363-4749 and use access code 558-3333.

Dated: August 19, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**