UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAHOKO MIZUTA, et al.,
                             Plaintiffs,

              -against-

DAVID C. BANKS, et al.,
                             Defendants.
------------------------------------------------------------X

22 Civ. 5522 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 31, 2022;

      WHEREAS, a conference was held in this matter on August 23, 2022, at 11:00 A.M., at which the Court and the parties discussed a potential path to resolving the remaining disputed payments regarding students S.H. and R.Z. and Plaintiffs' application for attorney's fees;

      WHEREAS, no other significant issues were raised at the conference. It is hereby

      **ORDERED** that the August 31, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

      **ORDERED** that, by **August 26, 2022**, Plaintiffs shall file a letter further explaining why two affidavits were submitted in connection with students S.H. and Y.M., what tuition and/or related services the disputed amounts represent, why discrepancies exist between the tuition and/or related services claimed in the subsequent affidavits in each case and whether any newly claimed tuition and/or related services are a part of the administrative record and resulting decisions. It is further

      **ORDERED** that, by **September 2, 2022**, Defendants shall file a letter stating whether, based on Plaintiffs' letter, Defendants have any objection to making the payment and, if not,

when such payments will be made.  It is further

      **ORDERED** that, by **September 13, 2022**, the parties shall file a status letter with an update on their attempts to negotiate a resolution of Plaintiffs' application for attorney's fees.  It is further

      **ORDERED**, that, if and when the parties wish to proceed with a settlement conference before the assigned Magistrate Judge or a mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

Dated:  August 23, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE