UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAHOKO MIZUTA, et al.,
                      Plaintiffs,

        -against-                       22 Civ. 5522 (LGS)

DAVID C. BANKS, et al.,               ORDER
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the November 16, 2023, Order granted in part and denied in part Plaintiffs' motion for reconsideration;

    WHEREAS, there are no pending motions and all disputes in this matter have been resolved.

    The Clerk of Court is respectfully directed to close this case.

Dated: February 1, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE